GLENWOOD CAFETERIA, INC., Respondent; *v.* CHRISTIAN G. ALLERS, Appellant.

Submitted December 3, 1936; decided December 31, 1936.

*Nathan M. Cherey, Morris M. Goldknopf* and *Thomas F. Haggerty* for appellant.

*Israel Harkavy* and *Irwin N. Wilpon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.